## Kayla Hathcote

| | |
|---|---|
| **From:** | Maddie C. Hasley <MHasley@clinewilliams.com> |
| **Sent:** | Tuesday, February 10, 2026 4:06 PM |
| **To:** | carson@ned.uscourts.gov |
| **Cc:** | Andre R. Barry; Thalken, Timothy; bschatz_whe-law.com |
| **Subject:** | Case 8:25-cv-00577-JFB-RCC McGlone et al v. Sergeants Pet Care Products, LLC et al; Discovery Dispute |
| **Attachments:** | Subpoenas to Larry Nouvel.pdf |

<mark>CAUTION - EXTERNAL:</mark>

Good afternoon, Judge Carson:

Andy Barry and I represent the Defendants in the above-captioned matter. Below please find Defendants' statement regarding the discovery dispute. Attached please find the subpoenas at issue.

**First**, on December 23, 2025, Plaintiffs' counsel emailed Defendants' counsel a Notice of Intent to Issue Subpoena Duces Tecum. Plaintiffs issued the Subpoena to Mr. Nouvel on December 26, 2025, before the expiration of Defendants' 7-day period to object. Counsel for Plaintiffs and counsel for Defendants met and conferred on January 22, 2026. A resolution was not reached and Plaintiffs proposed changes to the Subpoena. On January 27, 2026, before Defendants had the opportunity to respond to Plaintiffs' proposed changes, Plaintiffs withdrew the Subpoena they issued to Mr. Nouvel and issued a new Notice of Intent to Issue Subpoena, to which Defendants again objected. Plaintiffs subsequently requested this Court's involvement.

**Second**, this lawsuit involves a breach of contract claim for alleged non-payment of royalties and a claim for declaratory judgment for an audit. Plaintiffs' Complaint does not allege any facts related to Mr. Nouvel. Any royalties that are allegedly due to Plaintiffs do not require records from Mr. Nouvel. Moreover, Plaintiffs' counsel conceded that items in the subpoena overlap with several of Plaintiffs' Requests for Production of Documents, which includes more than 70 Requests for Production. Defendants submitted their Responses to Plaintiffs' Requests for Production on Friday, February 6, 2026. It is Defendants' position that discovery should be conducted between the parties before subpoenas are issued to third parties, especially in cases where records from a third party bear no relation to the claims asserted.

**Third**, even if Plaintiffs can demonstrate why records are needed from Mr. Nouvel, the Subpoena is far too broad. Plaintiffs' Complaint alleges, "Defendants breached the terms of the Agreement by failing to pay McGlone for royalties due in 2025." [Filing No. 1 at ? 51.] Plaintiffs also allege Defendants breached the terms of the Agreement by failing to pay McGlone royalties for the first and second quarter of 2024 within 30 days following the last day of the calendar quarter. [Filing No. 1 at ?? 48–49.] As such, the relevant timeframe is January 1, 2024, to present, and the relevant scope of documents is those related to products developed with the assistance of Mr. McGlone pursuant to the Independent

Contractor Agreement at the heart of the Complaint, not Defendants' relationship with Mr. Nouvel. Plaintiffs' request for broad discovery from Mr. Nouvel is not proportionate to the needs of the case and is inconsistent with the allegations in the Complaint. In addition, there is a dispute as to privilege. Defendants have asserted privilege over communications with Mr. Nouvel. Mr. Nouvel has acted as a consultant for Defendants. As such, Defendants are entitled to assert privilege where applicable, including where Mr. Nouvel, as a representative of Defendants, was engaged in communications with Defendants for the purpose of facilitating the rendition of legal services. *See* Neb. Rev. Stat. ? 27-503(2).

We look forward to discussing these matters with Plaintiffs' counsel further in the hopes of resolving these disputes without further involvement from the Court.

Best regards,



**MADDIE HASLEY** | Attorney
**CLINE WILLIAMS WRIGHT JOHNSON & OLDFATHER, L.L.P**.
233 South 13th Street | 1900 US Bank Bldg | Lincoln, NE 68508
Direct: 402.479.7135 | Main: 402.474.6900 | www.clinewilliams.com
Lincoln | Omaha | Aurora | Fort Collins | Holyoke

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.